UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT ROBINSON,

       Plaintiff,

v.                            CASE NO.  3:13-cv-1378-J-34JBT

B.P. PRODUCTS NORTH AMERICA,
INC. B.P.,

       Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* ("Motion").  On December 3, 2013, the Court took the Motion under advisement in order to give Plaintiff the opportunity to file an amended complaint.  (Doc. 4 at 2.)  Plaintiff was directed to file an amended complaint no later than December 30, 2013. (*Id.*)  Further, Plaintiff was cautioned that "[f]ailure to comply with this Order may result in a recommendation to the District Judge that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)."  (*Id.*)  However, as of this date, Plaintiff has not filed an amended complaint.

_____

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 14 days after being served with a copy."  Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a).  "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).

Accordingly, it is respectfully **RECOMMENDED**:

That this case be dismissed without prejudice for failure to prosecute.

**DONE AND ENTERED** at Jacksonville, Florida, on January 10, 2014.

JOEL B. TOOMEY
United States Magistrate Judge

Copies furnished to:

The Honorable Marcia Morales Howard
United States District Judge

Pro Se Plaintiff