**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROBERT ROBINSON,

    Plaintiff,

vs.                                             Case No. 3:13-cv-1378-J-34JBT

B.P. PRODUCTS NORTH AMERICA,
INC. B.P.,

    Defendant.
_____

## **ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 5; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on January 10, 2014. In the Report, Magistrate Judge Toomey recommends that this action be dismissed without prejudice for failure to prosecute. See Report at 2. On February 4, 2014, the undersigned entered an Order providing Plaintiff one final opportunity to file an amended complaint as previously directed. See Order (Dkt. No. 6). Plaintiff was ordered to file an amended complaint on or before February 28, 2014, and was cautioned that failure to do so would result in the undersigned adopting the Report. See id. However, as of this date, Plaintiff has failed to file objections to the Report and to file an amended complaint.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see

also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, and as supported by Plaintiff's failure to file objections to the Report or to comply with this Court's Order to file an amended complaint, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 5) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice**.

3. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of March, 2014.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record

Pro Se Party